AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL CASE

CASE NUMBER: CIV-GRAHAM

00-6234

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS, INC., a Florida not-for-profit corporation,

MAGISTRATE JUDGE
TURNOFF

RICHARD G. ELIE; ATLANTIC THERAPEUTICS, INC.;
DR. CLIFFORD J. SHAPIRO, D.C., P.A. d/b/a
ATLANTIC CHIROPRACTIC CENTER

TO: CLIFFORD SHAPIRO, 1919 E. Atlantic Blvd., Pompano Beach, Florida 33062
as Registered Agent for the Defendant, Dr. Clifford J. Shapiro, D.C., P.A.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Lance J. Wogalter
Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Clarence Maddox | FEB 1 6 2000 |
|---|---|
| CLERK | DATE |

_____
(BY) DEPUTY CLERK

