AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS, INC., a Florida not-for-profit corporation,

00 - 6234

RICHARD G. ELIE; ATLANTIC THERAPEUTICS, INC.;
DR. CLIFFORD J. SHAPIRO, D.C., P.A. d/b/a
ATLANTIC CHIROPRACTIC CENTER

    TO:    FRANK SHULMAN, 1271 S. Cypress Road, Pompano Beach, Florida 33060
as Registered Agent for the Defendant, Atlantic Therapeutics, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Lance J. Wogalter
    Lance J. Wogalter, P.A.
    3712 W. Hillsboro Blvd.
    Deerfield Beach, FL 33442

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence _____

CLERK

(BY) DEPUTY CLERK

FEB 1 6 2000

DATE

