UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2000 MAR 13 AM 9:50

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6234-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

Citizens Concerned About
Disability Access, Inc., a
Florida not-for-profit
corporation,

    Plaintiff,

vs.

Richard G. Elie; Atlantic
Therapeutics, Inc.; Dr.
Clifford J. Shapiro, D.C., P.A.
d/b/a Atlantic Chiropractic
Center,

    Defendants.
_____/

**DEFENDANTS ATLANTIC THERAPEUTICS, INC. AND DR. CLIFFORD J. SHAPIRO, D.C., P.A. d/b/a ATLANTIC CHIROPRACTIC CENTER'S AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**



Atlantic Therapeutics, Inc. and Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center file this Agreed Motion for a ten (10) day extension of time in which to file a Response to the Complaint and state:

1.    The undersigned counsel was retained by Atlantic Therapeutics, Inc. and Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center on March 10, 2000, to represent them in this matter.

2.    Both clients were served on February 21, 2000, making their response due Monday, March 13, 2000.

3.    The undersigned counsel, accordingly, needs an additional ten days in which to analyze the Complaint and prepare the appropriate response.

4. The undersigned counsel has contacted counsel for the Plaintiff, Lance J. Wogalter, who has agreed to the ten (10) day extension.

WHEREFORE, Defendants Atlantic Therapeutics, Inc. and Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center request this Court enter an Order granting them ten (10) days' extension of time, up through and including March 23, 2000, to serve their response to the Complaint.

WE HEREBY CERTIFY that on this 10th day of March, 2000, a true and correct copy of the foregoing was furnished via FAX and U.S. Mail to Lance J. Wogalter, Esquire, Lance J. Wogalter, P.A., **Attorneys for Plaintiff**, 3712 West Hillsboro Boulevard, Deerfield Beach, Florida 33442.

> HOLLAND & KNIGHT LLP
> **Attorneys for Atlantic Therapeutics, Inc.; Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center**
> One East Broward Boulevard, Suite 1300
> PO Box 14070
> Fort Lauderdale, FL 33301
> (954) 525-1000
> (954) 463-2030 – Fax
> ccowan@hklaw.com
>
> By: _____
> Curtis R. Cowan, For the Firm
> Florida Bar No. 500460

FTL1 #478736 v1