UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6234-CIV-GRAHAM
MAGISTRATE JUDGE TURNOFF

Citizens Concerned About
Disability Access, Inc., a
Florida not-for-profit
corporation,

    Plaintiff,

vs.

Richard G. Elie; Atlantic
Therapeutics, Inc.; Dr.
Clifford J. Shapiro, D.C., P.A.
d/b/a Atlantic Chiropractic
Center,

    Defendants.
_____/

**AGREED ORDER GRANTING DEFENDANTS ATLANTIC THERAPEUTICS, INC. AND DR. CLIFFORD J. SHAPIRO, D.C., P.A. d/b/a ATLANTIC CHIROPRACTIC CENTER'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**



FILED by ___ D.C.
MAR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon Atlantic Therapeutics, Inc. and Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center file this Motion for a ten (10) day extension of time in which to file a Response to the Complaint. The Court having reviewed the pleadings, and being otherwise advised that the parties agree, it is hereupon,

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby GRANTED. The Response to the Complaint shall be due on or before March 23, 2000.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida on March 13, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
Lance J. Wogalter, Esquire
Curtis R. Cowan, Esquire
FTL1 #478737 v1