NIGHT BOX FILED

MAR 23 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
a Florida not-for-profit
corporation,

    Plaintiff,

vs.

RICHARD G. ELIE, ATLANTIC
THERAPEUTICS, INC., DR.
CLIFFORD J. SHAPIRO, D.C.,
P.A., d/b/a ATLANTIC
CHIROPRACTIC CENTER,

    Defendants.
_____/

CASE NO. 00-6234-CIV-GRAHAM

MAGISTRATE: TURNOFF

<u>CIVIL DIVISION</u>

<u>DEFENDANTS RICHARD G. ELIE, ATLANTIC THERAPEUTICS AND CLIFFORD J. SHAPIRO, D.C., P.A.'S MOTION TO DISMISS OR MOTION FOR MORE DEFINITE STATEMENT</u>

Defendants, RICHARD G. ELIE, ATLANTIC THERAPEUTICS, INC., DR. CLIFFORD J. SHAPIRO, D.C., P.A., d/b/a ATLANTIC CHIROPRACTIC CENTER, file this, their Motion to Dismiss or Motion For More Definite Statement pursuant to Federal Rules of Civil Procedure 12(b)(6) and (e) and state:

    1.    The Complaint fails to state a cause of action upon which relief may be granted because it does not set forth the following essential facts:

        a.    The name or names of any qualified individual who has been denied access or otherwise been discriminated against due to a disability;

        b.    The date or dates upon which the discrimination occurred;

        c.    The reasons why such an individual or individuals would have been denied access.




2. Alternatively, Plaintiff should be required to make a more definite statement because the Complaint is so vague or ambiguous that these defendants cannot reasonably be required to frame a responsive pleading.

3. The Defendants incorporate by reference, their Memorandum of Law in Support of Defendant's Motion to Dismiss and Motion for More Definite Statement.

WHEREFORE, the Defendants move this Court to dismiss the instant cause of action with prejudice.

HOLLAND & KNIGHT LLP
**Attorneys for Richard G. Elie, Atlantic Therapeutics, Inc.; Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center**
One East Broward Boulevard, Suite 1300
PO Box 14070
Fort Lauderdale, FL  33301
(954) 525-1000
(954) 463-2030 – Fax
ccowan@hklaw.com

By: _____
Curtis R. Cowan, For the Firm
Florida Bar No. 500460

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 23rd day of March, 2000, a true and correct copy of the foregoing was furnished via U.S. Mail to Lance J. Wogalter, Esquire, Lance J. Wogalter, P.A., **Attorneys for Plaintiff**, 3712 West Hillsboro Boulevard, Deerfield Beach, Florida 33442.

      HOLLAND & KNIGHT LLP
      **Attorneys for Richard G. Elie, Atlantic Therapeutics, Inc.; Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center**
      One East Broward Boulevard, Suite 1300
      PO Box 14070
      Fort Lauderdale, FL  33301
      (954) 525-1000
      (954) 463-2030 – Fax
      ccowan@hklaw.com

By: _____
      Curtis R. Cowan, For the Firm
      Florida Bar No. 500460