UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6234-CIV-GRAHAM/TURNOFF

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,

   Plaintiff(s),

vs.

RICHARD G. ELIE, et al.,

   Defendant(s).
_____/



## NOTICE OF STATUS CONFERENCE

THIS CAUSE is hereby set for a status conference before the Honorable Donald L. Graham, at the James Lawrence King Federal Justice Building, 99 Northeast 4th Street, Tenth Floor, Courtroom 6, Miami, Florida on **Wednesday, May 17, 2000 at 3:30 P.M.**

Telephonic attendance at status conference is available for counsel located south of Marathon in Monroe County, north of Broward County or out of state, or for counsel showing exceptional circumstances.  In order to schedule a telephonic status conference, however, all counsel in a particular case must agree to appear telephonically.  Therefore, in a case that the Court sets for telephonic status conference, no counsel shall appear in person.  Instead, all counsel shall attend via telephone.

Requests for telephonic appearance at a status conference must be made in the form of a motion setting forth good cause and filed with the Clerk twelve (12) days before the scheduled status conference.  The motion shall contain a Certificate of Good Faith

indicating that the movant has contacted all counsel of record in the case and that all counsel consent to the telephonic status conference.

Counsel for Plaintiff(s) and Defendant(s) are directed to file and serve a **joint** status report and completed Election to Jurisdiction By A United States Magistrate Judge for Final Disposition of Motions or completed Election to Jurisdiction By A United States Magistrate Judge for Trial (forms enclosed) twelve (12) days before the status conference. Failure to file a timely joint status report and election form shall be grounds for dismissal.

Magistrate Election Form

**All parties to the action shall sign the magistrate election form in a timely manner so that it may be filed and properly accepted by the Clerk twelve (12) days before the status conference.**

The Joint Status Report Shall Contain The Following:

1. A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

2. A brief summary of facts which are uncontested or which can be stipulated to without discovery.

3. A brief summary of the issues as presently known.

4. A summary of any pending motions.

5. The progress of discovery in the case, and the

approximate time at which the case will be ready for trial and/or final pretrial conference.

    6    The projected time necessary for trial, and a statement of whether the case is a jury or non-jury trial.

    7.    Any unique legal or factual aspects of the case requiring special consideration by the Court.

    8.    Status of any potential settlement.

    9a.    A statement as to whether the parties will elect to a Magistrate Judge for the following:

    (i)    Final Disposition By the Magistrate Judge of Motions for Costs;

    (ii)    Final Disposition By the Magistrate Judge of Motions for Attorneys' Fees;

    (iii)    Final Disposition By the Magistrate Judge of Motions for Sanctions;

    (iv)    Final Disposition By the Magistrate Judge of Motions to Dismiss;

    (v)    Final Disposition By the Magistrate Judge of Motions for Summary Judgment;

    (vi)    Trial; and

    (vii)    Other.

    9b.    Whether there are any unique issues in the case, such as complicated accountings, etc., which should be referred to a Special Master or Magistrate Judge.

The parties should note that final disposition by a Magistrate Judge of discovery motions does not require the election of the parties, and such motions will be referred to a Magistrate Judge as a matter of course.

With respect to trials before a Magistrate Judge, the parties should be aware that a Magistrate Judge may conduct all proceedings in the case including a jury or non-jury trial, and order the entry of a final judgment. The parties should be aware that generally this Court cannot accommodate requests for a special setting beyond the normal two-week calendar. A Magistrate Judge's calendar, however may afford such requests. Parties who consent to trial before a Magistrate Judge may be excused from attending the above-scheduled status conference <u>provided</u> they give <u>both</u> <u>oral</u> <u>and</u> <u>written</u> notice to the Court at least 24 hours before the time set for the status conference.

10. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

In the event that motion(s) are pending before the Court at the time of the status conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

**All parties are reminded that they must comply with Local Rule 7.1.A.4 which requires that every motion when filed shall also be accompanied by stamped, addressed envelopes for each party entitled to notice of the order when issued by the Judge.**

<u>**Counsel for Plaintiff shall provide copies of this Notice to all concerned parties.**</u>

**DONE AND ORDERED** at Miami, Florida, this 27th day of March, 2000.

_____
DONALD L. GRAHAM
United States District Judge

cc: Lance J. Wogalter, Esq.
    Curtis R. Cowan, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.  00-6234-CIV-GRAHAM/TURNOFF

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,

   Plaintiff(s),

vs.

RICHARD G. ELIE, et al.,

   Defendant(s).
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs                    Yes _____    No _____
2. Motions for Attorneys' Fees          Yes _____    No _____
3. Motions for Sanctions                Yes _____    No _____
4. Motions to Dismiss                   Yes _____    No _____
5. Motions for Summary Judgment         Yes _____    No _____
6. Discovery Motions                    Yes _____    No _____
7. All Pretrial Motions                 Yes _____    No _____
8. (Other) _____

_____        _____
(Date)                 (Signature)


_____        _____
(Date)                 (Signature)


_____        _____
(Date)                 (Signature)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6234-CIV-GRAHAM/TURNOFF

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
      Plaintiff(s),

vs.

RICHARD G. ELIE, et al.,
      Defendant(s).
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.[3]

_____        _____
(Date)                  (Signature)

_____        _____
(Date)                  (Signature)

_____        _____
(Date)                  (Signature)

_____        _____
(Date)                  (Signature)

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to United States Magistrate Judge William C. Turnoff for all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

---

[3] A Magistrate Judge may conduct jury trials if the underlying claims support a demand for a jury. In addition, a Magistrate Judge can generally accommodate special settings.

This order of reference is in accordance with Title 28, U.S.C. § 636 and the election of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _____, 200__.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U. S. Magistrate Judge William C. Turnoff
    Counsel of Record