UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6234-CIV-(GRAHAM/Turnoff)

Citizens Concerned About
Disability Access, Inc., a
Florida not-for-profit
corporation,

    Plaintiff,

vs.

Richard G. Elie; Atlantic
Therapeutics, Inc.; Dr.
Clifford J. Shapiro, D.C., P.A.
d/b/a Atlantic Chiropractic
Center,

    Defendants.
_____/

### DEFENDANT ATLANTIC THERAPEUTICS, INC. AND DR. CLIFFORD J. SHAPIRO'S AGREED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendants Atlantic Therapeutics, Inc. and Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center file this Agreed Motion for an Extension of Time in which to serve responses to the First Request for Production of Documents and First Set of Interrogatories and state:

    1.    These Defendants request an additional ten days, up through and including April 26, 2000 to serve their responses to the First Request for Production of Documents and Plaintiff's First Set of Interrogatories.



2.  Counsel for Defendants has conferred with counsel for Plaintiff, who has no objection to the extension of time.

WHEREFORE, Defendants request that this Court enter an Order granting them up through and including April 26, 2000 to serve their responses to the First Request for Production of Documents and Plaintiff's First Set of Interrogatories.

WE HEREBY CERTIFY that on this 6th day of April, 2000, a true and correct copy of the foregoing was furnished via U.S. Mail to Lance J. Wogalter, Esquire, Lance J. Wogalter, P.A., **Attorneys for Plaintiff**, 3712 West Hillsboro Boulevard, Deerfield Beach, Florida 33442.

> HOLLAND & KNIGHT LLP
> **Attorneys for Atlantic Therapeutics, Inc.; Dr. Clifford J. Shapiro, D.C., P.A. d/b/a Atlantic Chiropractic Center**
> One East Broward Boulevard, Suite 1300
> PO Box 14070
> Fort Lauderdale, FL 33301
> (954) 525-1000
> (954) 463-2030 – Fax
> ccowan@hklaw.com
>
> By: *Curtis R. Cowan*
> Curtis R. Cowan, For the Firm
> Florida Bar No. 500460

59771-2
FTL1 #483178 v1

2