UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6234-CIV-GRAHAM

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,

    Plaintiff,

vs.

RICHARD G. ELIE; et al.,

    Defendants.
_____/



## ORDER

**THIS CAUSE** came before the Court upon Defendant Atlantic Therapeutics, Inc. and Dr. Clifford J. Shapiro's Agreed Motion for an Extension of Time of Which to Respond to First Request for Production of Documents and Plaintiff's First Set of Interrogatories filed April 10, 2000.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED until April 26, 2000.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of April, 2000.

                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc: Curtis R. Cowan, Esq.
    Lance J. Wogalter, Esq.

