

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation; | Case No. 00-6234-CIV-GRAHAM/TURNOFF |
| Plaintiff, | <u>CIVIL DIVISION</u> |
| v. | **JOINT SCHEDULING REPORT** |
| RICHARD G. ELIE; ATLANTIC THERAPEUTICS, INC.; DR. CLIFFORD J. SHAPIRO, D.C., P.A. d/b/a ATLANTIC CHIROPRACTIC CENTER, | |
| Defendants. | |

Plaintiff and Defendants (collectively referred to as the "parties") file this Joint Scheduling Report pursuant to Local Rule 16.1 B of the Local Rules of the United States District Court for the Southern District of Florida.

**A.   DETAILED SCHEDULE OF DISCOVERY**

| <u>DATE</u> | <u>ACTION</u> |
|---|---|
| By June 1, 2000 | All non-dispositive pretrial motions shall be filed, excluding discovery motions, motions in limine, and motions to strike witnesses |
| By July 1, 2000 | Plaintiff's expert witness designation |
| By July 15, 2000 | Defendant's expert witness designation |

1

| | |
|---|---|
| By July 30, 2000 | Exchange of expert witness summaries and reports |
| By August 30, 2000 | All expert discovery shall be completed |
| By August 30, 2000 | All non-expert discovery shall be completed |
| By September 15, 2000 | All dispositive pretrial motions and memoranda of law shall be filed |
| By September 15, 2000 | Mediation shall be completed |
| By September 30, 2000 | Pretrial stipulations and motions in limine shall be filed |
| By October 15, 2000 | Proposed pretrial conference date |
| By November 1, 2000 | Proposed trial date |

**B.   DISCUSSION OF THE LIKELIHOOD OF SETTLEMENT**

The parties cannot state at this time whether settlement is likely, but they are discussing the possibility in good faith.

**C.   DISCUSSION OF THE LIKELIHOOD OF APPEARANCE IN THE ACTION OF ADDITIONAL PARTIES**

Unlikely.

**D.   PROPOSED TIME LIMITS**

(i)   <u>**To Join Other Parties and to Amend the Pleadings**</u>

The parties propose that June 1, 2000, shall be the time limit to join other parties to this action and to amend pleadings.

(ii)   <u>**To File and Hear Motions**</u>

The parties propose that:

(a)   All pretrial motions and memoranda of law shall be filed by September 15, 2000; and

   (b) Motions in limine shall be filed on or before September 30, 2000.

 (iii) **To Complete Discovery**

The parties propose that August 30, 2000, shall be the time limit to conclude discovery.

E. **PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES**

At this time, the parties have no proposals for the formulation and simplification of issues.

F. **THE NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**

At this time, the parties do not anticipate further amendments to the pleadings, unless it is appears appropriate to add a landlord or property owner of the premises to the action.

G. **THE POSSIBILITY OF OBTAINING ADMISSIONS OF FACTS AND OF DOCUMENTS WHICH WILL AVOID UNNECESSARY PROOF, STIPULATIONS REGARDING AUTHENTICITY OF DOCUMENTS AND THE NEED FOR ADVANCE RULINGS FROM THE COURT ON ADMISSIBILITY OF EVIDENCE**

The parties may seek requests for admissions of facts and of documents during the discovery process as permitted by Local Rule 26.1. Further, should it become necessary, the parties will meet following the conclusion of discovery and before the pretrial conference to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence.

H. **SUGGESTIONS FOR THE AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE**

At this time, the parties have no suggestions for the avoidance of unnecessary proof and cumulative evidence. However, the parties shall meet and discuss the issue after the conclusion of discovery and before the pretrial conference.

I. **SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE OR MASTER**

The parties suggest that there is no need to refer any matters pertaining to this case to a

Respectfully submitted,

        Holland & Knight LLP
        Florida Bar No.
        One E. Broward. Blvd., Ste. 1300
        PO Box 14070
        Ft. Lauderdale, FL 33301
        Tel.  (954) 592-2184
        Fax  (954) 725-1303
        Counsel for Defendants

        _____
        Curtis R. Cowan, Esq. For the Firm

### Certificate of Service

I certify that I have this 5th day of May, 2000, served a copy of the foregoing by U.S. Mail upon opposing counsel by mailing a copy, first class postage prepaid, to:

        Lance J. Wogalter
        Lance J. Wogalter, P.A.
        Florida Bar No. 932183
        3712 W. Hillsboro Blvd.
        Deerfield Beach, FL 33442

_____