UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.00-6234-CIV-GRAHAM

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC., a
Florida not-for-profit
corporation,

    Plaintiff,

vs.

RICHARD G. ELIE; ATLANTIC
THERAPEUTICS, INC.; DR.
CLIFFORD J. SHAPIRO, D.C., P.A.
d/b/a ATLANTIC CHIROPRACTIC
CENTER,

    Defendants.
_____/



## ORDER

**THIS CAUSE** came before the Court upon Defendants' Notice of Pendency of Other Actions, and Motion to Compel Plaintiff to Comply with Local Rules 3.9C and D Regarding Disclosure of Similar Cases, filed May 4, 2000.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Plaintiff is directed to file a response to the Motion on or before May 18, 2000.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of May, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Curtis R. Cowan, Esq.
    Lance J. Wogalter, Esq.