UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DONALD L. GRAHAM



FILED by _____ D.C.
MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CIVIL COURTROOM MINUTES

Case No. 00-6234            Date: 5/17/00

Style: Citizens Concerned v. Elie

Counsel for Plaintiff: _____

Counsel for Defendant: _____

Reporter: _____ Courtroom Deputy: Pat

Law Clerk: Marlene

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: _____

_____

_____

_____

_____

Motion: _____ Granted: _____ Denied: _____

Calendar Call: 2/7/01            Trial Set/Reset for: 2/12/01

Pretrial Conference: 1/11/01     Bench/Jury Trial: Bench

Issues Referred to Mag: Trial/Costs/Fees/Sanctions/Dismiss/Summary Judgment/(Discovery)/Other:

_____ Mag: Turnoff     Mediation: Yes: ✓  No: __

MISCELLANEOUS NOTES: _____