UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6234-CIV-(GRAHAM/Turnoff)

NIGHT BOX FILED

MY 10 CM

CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

Citizens Concerned About
Disability Access, Inc., a
Florida not-for-profit
corporation,

      Plaintiff,

vs.

Richard G. Elie; Atlantic
Therapeutics, Inc.; Dr.
Clifford J. Shapiro, D.C., P.A.
d/b/a Atlantic Chiropractic
Center,

      Defendants.
_____/

## ATLANTIC THERAPEUTIC'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

ATLANTIC THERAPEUTICS, INC., by and through undersigned counsel, files its Answer and Affirmative Defenses, and states:

### ANSWER

### GENERAL ALLEGATIONS

1. Paragraph 1 of the Complaint is a compound allegation and therefore it is:

    a. Denied that CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC. is a Florida not-for-profit corporation;

    b. Admitted that CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC. sues the Defendants RICHARD ELIE ("ELIE"), ATLANTIC THERAPEUTICS, INC. ("THERAPEUTICS") and DR. CLIFFORD J. SHAPIRO,