

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6234-CIV-(GRAHAM/Turnoff)

Citizens Concerned About
Disability Access, Inc., a
Florida not-for-profit
corporation,

    Plaintiff,

vs.

Richard G. Elie; Atlantic
Therapeutics, Inc.; Dr.
Clifford J. Shapiro, D.C., P.A.
d/b/a Atlantic Chiropractic
Center,

    Defendants.
_____/

## SETTLEMENT AGREEMENT

WHEREAS, Plaintiff, CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., and Defendants, RICHARD G. ELIE, ATLANTIC THERAPEUTICS, INC., DR. CLIFFORD J. SHAPIRO, D.C., P.A., d/b/a ATLANTIC CHIROPRACTIC CENTER, have reached agreement on the resolution of the matters in this case.

NOW, THEREFORE, the parties agree as follows:

1.     Defendants agree that they shall have, no later than 30 days following the execution of this agreement (or shall maintain if the improvement have already been completed):

    a.     Have one fully accessible handicap parking space in the parking lot. The space shall be at least 8 feet in width and shall also include an access aisle on one side such that the parking space and the access aisle have a total space

equal to 16 feet. The space shall have the appropriate van accessible handicap parking sign.

      b.    A sign shall be place in the front of the building directing patrons to the availability of handicap parking in the rear of the building.

      c.    Defendants shall make or maintain all readily achievable modifications required by the ADA, including availability of a compliant public restroom facility somewhere in the building.

2. The parties have agreed that the fees and costs due plaintiff is $500.00. Defendant RICHARD G. ELIE will pay $500.00 in full and complete settlement of Plaintiff's attorneys' fees and costs. Such payment will be made to the trust account of Lance J. Wogalter, P.A.

3. The parties shall, upon the execution of this agreement and payment of fees and costs, file a joint stipulation of dismissal of the lawsuit in the form appended hereto.

| On Behalf of Plaintiff: | On Behalf of Defendants: |
|---|---|
| By: *[signature]* | By: _____ |
| Lance J. Wogalter | Curtis R. Cowan |
| Lance J. Wogalter, P.A. | Holland & Knight LLP |
| Florida Bar No. 932183 | Florida Bar No. 460500 |
| 3712 W. Hillsboro Boulevard | One E. Broward Boulevard |
| Deerfield Beach, FL 33442 | Suite 1300 |
| Tel. (954) 592-2184 | P.O. Box 14070 |
| Fax (954) 725-1303 | Fort Lauderdale, FL 33301 |
| Counsel for Plaintiff | Counsel for Defendants |

59771-2

FTL1 #500140 v1