UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>RICHARD G. ELIE; ATLANTIC THERAPEUTICS, INC.; DR. CLIFFORD J. SHAPIRO, D.C., P.A. d/b/a ATLANTIC CHIROPRACTIC CENTER,<br><br>Defendants. | Case No. 00-6234-CIV-GRAHAM/TURNOFF<br><br>CIVIL DIVISION |

## JOINT STIPULATION OF DISMISSAL

As reflected by the signatures below, the parties jointly stipulate to dismissal of this action.

Respectfully submitted,

On Behalf of Plaintiff:

By: Lance J. Wogalter
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.   (954) 592-2184
Fax   (954) 725-1303
Counsel for Plaintiff

On Behalf of Defendants:

By: Curtis R. Cowan
Curtis R. Cowan, Esq.
Holland & Knight LLP
One E. Broward. Blvd., Ste. 1300
PO Box 14070
Ft. Lauderdale, FL 33301
Tel   (954) 525-1000
Fax   (954) 463-2030
Counsel for Defendants