UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.00-6234-CIV-GRAHAM

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC., a
Florida not-for-profit
corporation,

    Plaintiff,

vs.

RICHARD G. ELIE; ATLANTIC
THERAPEUTICS, INC.; DR.
CLIFFORD J. SHAPIRO, D.C., P.A.
d/b/a ATLANTIC CHIROPRACTIC
CENTER,

    Defendants.
_____/

FILED by _____ D.C.
AUG 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** came before the Court upon the parties' joint Stipulation of Dismissal, filed August 7, 2000.

**THE COURT** has considered the Stipulation, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause is hereby DISMISSED pursuant to the terms of the Stipulation. The Court retains jurisdiction over this cause for a period of 60 days to enforce the settlement if necessary. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Final Order of Dismissal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this /8th day of August, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Lance J. Wogalter, Esq.
    Curtis R. Cowan, Esq.